UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

KENNETH MEJIAS,                              :
              Plaintiff,                      :
                                             :
     v.                                     :        No. 5:20-cv-1435
                                             :
C&S WHOLESALE GROCERS, INC.                  :
              Defendant.                      :
_____

**O R D E R**

**AND NOW**, this 14th day of July, 2020, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, *see* ECF No. 10, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss, ECF No. 10, is **GRANTED, in part, and DENIED, in part**.
2. The Motion is granted with respect to Plaintiff's claims for hostile work environment under the ADA and interference under the FMLA. These claims are **DISMISSED, with prejudice.**
3. The Motion is denied as to all other claims.

                                          BY THE COURT:


                                          */s/ Joseph F. Leeson, Jr.*
                                          JOSEPH F. LEESON, JR.
                                          United States District Judge